[Nos. 74904-8-I; 74905-6-I;   Division One.   January 9, 2017.]
74906-4-I; 74907-2-I.

*In the Matter of the Dependency of* A.N.B. ET AL.

THE DEPARTMENT OF SOCIAL AND HEALTH SERVICES, *Respondent*,
v. CARLOS BENITEZ, *Appellant*.

Appeals from a judgment of the Superior Court for Skagit County, Nos. 13-7-00154-4, 13-7-00155-2; 13-7-00156-1; and 13-7-00157-9, Susan K. Cook, J., entered February 19, 2016. *Affirmed* by unpublished opinion per Leach, J., concurred in by Trickey, A.C.J., and Mann, J.

[No. 74949-8-I.   Division One.   January 9, 2017.]

THE STATE OF WASHINGTON, *Respondent*, v. DOUGNYL AKEANG, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 13-1-14062-1, Mary E. Roberts, J., entered March 3, 2016. *Dismissed* by unpublished per curiam opinion.

[No. 76021-1-I.   Division One.   January 9, 2017.]

THE STATE OF WASHINGTON, *Respondent*, v. WILLIAM TRAVIS ROWLAND, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 14-1-04012-3, Kitty-Ann van Doorninck, J., entered September 25, 2015. *Affirmed* by unpublished opinion per Cox, J., concurred in by Becker and Schindler, JJ.